LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:   (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PING AN PROPERTY & CASUALTY INSURANCE
COMPANY OF CHINA LTD., AS SUBROGEE OF
CHINA INTERNATIONAL FUND LTD.

                    Plaintiff,

                  - against -

HIGH SEAS SERVICOS MARITMOS LDA,
BNAVI SHIP MANAGEMENT (INDIA) PRIVATE LTD
AND BNAVI S.p.A.

                    Defendants.

------------------------------------------------------------X

ECF CASE

08 Civ. 3296(VM)

**RULE 7.1 STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Ping An Property & Casualty Insurance Company of China Ltd. as subrogee of China International Fund Ltd. represents to this Honorable Court that said Plaintiff has no U.S. corporate parent and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       April 2, 2008

                                      **LAW OFFICES OF RAHUL WANCHOO**
                                      Attorneys for Plaintiff
                                      PING AN PROPERTY & CASUALTY
                                      INSURANCE COMPANY OF CHINA LTD.

                                      By: _/s/ Rahul Wanchoo_
                                         Rahul Wanchoo (RW-8725)