## LAW OFFICES OF RAHUL WANCHOO

Law Offices of Rahul Wanchoo
357 Westfield Avenue
Ridgewood, New Jersey 07450

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (201) 882-0303
Facsimile: (201) 301-3576
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com

July 7, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-7-08

**Via Facsimile – (212) 805-6382**
Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

Re:   **Ping An Property and Casualty Insurance Company of China Ltd., et al. v.
BNavi Ship Management India Pvt Ltd. et al.
Docket No.: SDNY 08-03296 (VM)**

Dear Hon. Judge Marrero:

We represent the Plaintiff, Ping An Property and Casualty Insurance Company of China Ltd., in the above referenced lawsuit.

As per your Honor's Order dated May 7, 2008 we write to update the Court about the status of this matter. Plaintiff is now secured up to the full amount of its claim in the amount of $599,170.10 inclusive of interest and costs. On June 6, 2008 we served all the garnishee banks with a "cease and desist" notice advising the banks that Plaintiff is fully secured in this matter and to cease and desist taking any action against the Defendants at this time. Plaintiff has also today served its Claim Submissions on the Defendants and the sole arbitrator who has been appointed by the parties to hear the dispute. The arbitrator is presently awaiting Defendants' portion of his appointment fees.

We thank the Court for its attention to the foregoing.

Respectfully submitted,

LAW OFFICES OF RAHUL WANCHOO

*Rahul Wanchoo*
Rahul Wanchoo (RW-8725)

cc:   Via Facsimile – (212) 983-5946
Brown Gavalas & Fromm LLP
355 Lexington Avenue, 4th Floor
New York, New York 10017-6603
Attn.: Peter Skoufalos, Esq.

> The Clerk of Court is directed to place this action on the Court's suspense Docket pending resolution of the related arbitration proceedings in Hong Kong. Plaintiff is directed to provide the Court with a status report on those proceedings within 90 days of this Order and every 60 days thereafter
> **SO ORDERED:** until the matter is concluded.
> 7-7-08
> DATE                    VICTOR MARRERO U.S.D.J.