BROWN GAVALAS & FROMM LLP
Attorneys for Defendants
355 Lexington Avenue, Fourth Floor
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PING AN PROPERTY AND CASUALTY
INSURANCE COMPANY OF CHINA LTD.,
AS SUBROGEE OF CHINA INTERNATIONAL
FUND LTD.,

                 Plaintiff,

   -against-

HIGH SEAS SERVICOS MARITIMOS LDA,
BNAVI SHIP MANAGEMENT (INDIA)
PRIVATE LTD., BNAVI S.P.A. and BNAVI SHIP
MANAGEMENT S.R.L.,

                 Defendants.
-----------------------------------------------------------X

08 Civ. 3296 (VM)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. SUPP. RULE E(8) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that BROWN GAVALAS & FROMM LLP has been retained by all Defendants in the above-entitled action, and hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon BROWN GAVALAS & FROMM LLP at its office as listed below.

PLEASE TAKE FURTHER NOTICE that Defendants, by their attorneys, BROWN GAVALAS & FROMM LLP, hereby enter a restricted appearance pursuant to Supplemental Rule E(8) of the Fed. R. Civ. P., solely to defend against the alleged admiralty and maritime claims asserted by plaintiff, PING AN PROPERTY AND CASUALTY INSURANCE

COMPANY OF CHINA LTD. a/s/o CHINA INTERNATIONAL FUND LTD. with respect to money, funds, and electronic fund transfer payments restrained by garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter, and any other or supplemental garnishees who may restrain the property of Defendants and as to which there has issued Process of Maritime Attachment and Garnishment, reserving all defenses available to Defendants including, but not limited to, personal jurisdiction, venue, and service.

Dated: New York, New York
      July 17, 2008

                                  BROWN GAVALAS & FROMM LLP
                                  Attorneys for Defendants

By: _____
     Peter Skoufalos (PS-0105)
     355 Lexington Avenue
     New York, New York 10017
     Tel: (212) 983-8500
     Fax: (212) 983-5946

TO:

Via ECF
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Via ECF
Law Offices of Rahul Wanchoo
Empire State Building
350 Fifth Avenue, 59th Fl.
New York, New York 10108