**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593 8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PING AN PROPERTY AND CASUALTY INSURANCE
COMPANY OF CHINA LTD., AS SUBROGEE OF
CHINA INTERNATIONAL FUND LTD.

ECF CASE

                            Plaintiff,

08 Civ. 3296 (VM)

          - against -

**AFFIDAVIT IN SUPPORT OF
AMENDED APPLICATION FOR
MARITIME ATTACHMENT**

HIGH SEAS SERVICOS MARITMOS LDA,
BNAVI SHIP MANAGEMENT (INDIA) PRIVATE LTD,
BNAVI S.p.A. and BNAVI SHIP MANAGEMENT S.r.l.

                            Defendants.
-------------------------------------------------------------X

STATE OF NEW JERSEY    )
                       )    ss:
COUNTY OF BERGEN       )

        RAHUL WANCHOO, being duly sworn, deposes and says:

        1.      I am a member of the firm of Law Offices of Rahul Wanchoo attorneys for

Plaintiff, Ping An Property and Casualty Insurance Company of China Ltd., as subrogee of

China International Fund Ltd. and make this affidavit in support of Plaintiff's amended

application for the issuance of Amended Process of Maritime Attachment and Garnishment

pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of

the Federal Rules of Civil Procedure.

2.      Based upon my inquires and to the best of my information and belief, Defendants,

High Seas Servicos Maritmos LDA, BNavi Ship Management (India) Private Limited, BNavi

S.p.A and BNavi Ship Management S.r.l. are foreign corporations and that they cannot be found

within this District.

3.      I have not found Defendants listed in the New York telephone directory. I have

also called the telephone directory assistance bureaus for this District (Area Codes 212, 718,

914), and have been informed by the operators that there are no listings for Defendants in any of

these areas.

4.      I have caused an online search to be made of the files containing corporate

records for the New York Department of State, which includes businesses registered to do

business in New York, and have found no listings for Defendants.

5.      I have caused a search to be made of the worldwide web using the Google search

engine and have not located any site that indicates Defendant, High Seas Servicos Maritmos

LDA's presence within the district.

6.      I have caused a search to be made of the worldwide web using the Google search

engine and have located Defendants' BNavi Ship Management (India) Private Limited and

BNavi S.p.A.'s web site at www.bnavi.it, which shows that it has offices at Chennai, India and

Marina di Carrara, Italy but no offices in the Southern District of New York.

7.     Accordingly I respectfully submit Defendants cannot be found within the district and that process of maritime attachment and garnishment should be issued.

_____
RAHUL WANCHOO

Sworn to before me this
6th day of May, 2008.

Notary Public

**Masha Eielman**
**Notary Public**
**State of New Jersey**
**My Comm. Expires Nov. 15, 2011**

3